IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **NATHAN DANIELY,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:23-cv-257 (MTT) ) |
| **SUPPORT MAGISTRATE OF MACON GA,** | ) ) ) |
| **Defendant.** | ) ) ) |

# ORDER

Pro se plaintiff Nathan Daniely filed a complaint against defendant Support Magistrate of Macon GA. Doc. 1. The Court ordered Daniely to show cause, no later than November 8, 2023, why his complaint should not be dismissed for failure to serve and as frivolous. Doc. 3. The time for compliance passed without a response from Daniely. As a result, Daniely was ordered to respond and show cause why his lawsuit should not be dismissed for failing to follow the Court's orders and instructions. Doc. 4. Daniely was given until November 20, 2023 to comply with the Court's orders and instructions and warned that failure to comply could result in dismissal of this action. *Id*.

The time for compliance has again passed without a response from Daniely. As Daniely was previously warned, the failure to comply with the Court's orders and instructions is grounds for dismissing this case. *See* Fed. R. Civ. P. 41; *see also Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th

-2-

Cir. 1978))[1].  Accordingly, Daniely's complaint (Doc. 1) is **DISMISSED without prejudice**.[2]

**SO ORDERED**, this 21st day of November, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] The Eleventh Circuit has adopted as binding precedent the decisions of the former Fifth Circuit rendered prior to October 1, 1981.  *Bonner v. City of Prichard*, 661 F.2d 1206, 1209 (11th Cir. 1981) (*en banc*).

[2] Daniely alleges his cause of action accrued May 25, 2023.  Doc 1 ¶ 4.