IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| NATHAN DANIELY, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-257-MTT |
| | * |
| SUPPORT MAGISTRATE OF MACON, GA, | |
| | * |
| Defendant. | |
| _____ | * |

## J U D G M E N T

Pursuant to this Court's Order dated November 21, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 21st day of November, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk